UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER SANDERS,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. C17-730 RSL-BAT

**REPORT AND RECOMMENDATION**

Pro se petitioner, Christopher Sanders, submitted a § 2254 Petition for Writ of Habeas on May 9, 2017. Dkt. 1. Because he did not pay the filing fee or file an application to proceed in forma paupers ("IFP"), the Clerk of Court sent Mr. Sanders a letter advising him that by June 12, 2017, he must pay the filing fee or file an application to proceed in forma pauperis. Dkt. 2. The letter further informed Mr. Sanders that his petition may be dismissed if he failed to do so. *Id*. To date, Mr. Sanders had not paid the filing fee, filed an IFP application, or responded to the Clerk's letter. Accordingly, it is recommended that this matter be **DISMISSED** without prejudice.

Any objections to this Recommendation must be filed no later than **July 10, 2017**. The matter will be ready for the Court's consideration on that date and the Clerk should so note the

REPORT AND RECOMMENDATION - 1

1 matter. Objections shall not exceed five pages. The failure to timely object may affect the right
2 to appeal.
3     DATED this 26th day of June, 2017.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

REPORT AND RECOMMENDATION - 2