UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER SANDERS,

               Plaintiff,

   v.

UNITED STATES OF AMERICA,

               Defendant.

CASE NO. C17-730-RSL

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**

    The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and orders as follows:

    1.  The Report and Recommendation is **ADOPTED**;

    2.  Plaintiff's application to proceed in forma pauperis is **DENIED**; and

    3.  This matter is **DISMISSED** without prejudice.

The Clerk shall send a copy of this Order to the plaintiff and to Judge Tsuchida.

Dated this 24st day of July, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING
CASE WITHOUT PREJUDICE - 1